NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3277

DANNY R. DAVIDSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0831090474-I-1.

ON MOTION

## O R D E R

The Office of Personnel Management moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The deciding agency is designated as the respondent when the Board reaches the merits of the underlying case. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 12 2009
_____
Date

                                    /s/ Jan Horbaly
                                    _____
                                    Jan Horbaly
                                    Clerk

cc:   Danny R. Davidson
      Antonia R. Soares, Esq.
      Joyce Friedman, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 12 2009

JAN HORBALY
CLERK

2009-3277                           2